**08 C 109**

**JUDGE KOCORAS**
**MAGISTRATE JUDGE COX**

# EXHIBIT A

```
              Riggio's
         7530 W Oakton Street
            Niles, IL 60714
          TEL: 847.698.3346
             www.riggios.com
Date:         Nov07'07 06:55PM
Card Type:    Visa
Acct #:       XXXXXXXXXXXX4735
Exp Date:     REDACTED
Au            029t
Check.        233
Table:        21/1
Server:       1004 Nichole
         LAURA SCHEPPLER
```

Subtotal:           37.38

TIP                  4.—

TOTAL               41.88

THIS IS
YOUR COPY


Thank You!