# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 109 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Scheppler vs. Riggio's, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/26/2008. By agreement of the parties, this cause is hereby dismissed with prejudice and with leave to reinstate on or before 4/28/2008 if settlement is not effectuated.

Docketing to mail notices.
*Mail AO 450 form.

0:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|